**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Christopher D Childress** | JOINT DEBTOR: **Deborah Childress** | CASE NO.: **16-12544** |
| Last Four Digits of SS# **xxx-xx-2912** | Last Four Digits of SS# **xxx-xx-3834** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ **686.26** for months **1** to **30** ;
    B. $ **658.76** for months **31** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00** TOTAL PAID $ **2,000.00**
    Balance Due $ **1,500.00** payable $ **50.00** /month (Months **1** to **30** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**INTERNATIONAL VILLAGE ASSOCIATION, INC**
Arrearage on Petition Date $ _____

Address: **3700 INVERRARY DRIVE; 101; Fort Lauderdale, FL 33319**
Arrears Payment $ _____ /month (Months _ to _)
Account No: **CACE15015180**
Regular Payment $ **573.87** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **INTERNATIONAL VILLAGE ASSOCIATION, INC 3700 INVERRARY DRIVE; 101; Fort Lauderdale, FL 33319 Account No: CACE15015180** | **3670 Inverray Dr. B-1J Fort Lauderdale, FL 33319 Broward County Value based on Broward County Property Appraiser's Office.** $ **80,070.00** | **0**% | $ **0.00** | **0** To **0** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-** Total Due $ _____
    Payable $ _____ /month (Months _ to _ ) Regular Payment $ _____

Unsecured Creditors: Pay **$25.00**/month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

    **Special Intentions:**
    **Exeter Finance Corp: Debtor will pay claim directly.**
    **Gm Financial: Debtor will pay claim directly.**
    **Selene Finance Lp: Debtor will pay claim directly.**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| **/s/ Christopher D Childress** | **/s/ Deborah Childress** |
| **Christopher D Childress** | **Deborah Childress** |
| Debtor | Joint Debtor |
| Date:  **September 28, 2016** | Date:  **September 28, 2016** |